IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRELL MCGEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 17-cv-965-SMY |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# ORDER

**YANDLE, Chief District Judge:**

Petitioner Terrell McGee filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The Court denied his motion and dismissed the habeas petition with prejudice on February 2, 2022 (Doc. 30). McGee then moved for reconsideration in October 2024, which the Court denied on February 12, 2025 (Doc. 51). McGee filed an untimely notice of appeal on April 21, 2025 (Doc. 53). Now pending before the Court is McGee's request for extension of time to appeal (Doc. 57).

Under Federal Rule of Appellate Procedure 4(a), a notice of appeal must be filed within 60 days of the entry of the judgment or order being appealed. Rule 4(a)(5), allows the Court to extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed so long as the Court can find "excusable neglect or good cause." Based on the Court's docket, McGee did not receive the Court's February 12, 2025 Order denying his motion for reconsideration until sometime after March 13, 2025 due to his transfer to another facility. The Court finds good cause exists to extend McGee's time to file his notice of appeal. Accordingly, the motion is **GRANTED**.

IT IS SO ORDERED.
DATED: February 23, 2026

STACI M. YANDLE
Chief United States District Judge